# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| United States of America | CRIMINAL COMPLAINT |
|---|---|
| vs. | CASE: 16-22174M |
| Gilberto Abdel Llanes-Cabrera | Citizenship: MEXICO |

I state that I am a Border Patrol Agent and that this complaint is based on the following facts:

COUNT 1: On or about March 9, 2016, at or near Sonoita, Arizona, in the District of Arizona, Gilberto Abdel LLANES-Cabrera, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Calexico, California on April 7, 2015, and not having obtained the express consent of the Attorney General or the Secretary of DHS to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326. COUNT 2: That on or about March 6, 2016, at or near Naco, Arizona, in the District of Arizona, Gilberto Abdel LLANES-Cabrera, an alien, did unlawfully enter the United States of America from the United States of Mexico, at a time and place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325.

Gilberto Abdel LLANES-Cabrera is a citizen of Mexico. On April 7, 2015, Gilberto Abdel LLANES-Cabrera was lawfully denied admission, excluded, deported, and removed from the United States through Calexico, California. On March 9, 2016, agents found Gilberto Abdel LLANES-Cabrera in the United States at or near Sonoita, Arizona. Gilberto Abdel LLANES-Cabrera did not obtain the express consent of the Attorney General or the Secretary of DHS to re-apply for admission to the United States. Gilberto Abdel LLANES-Cabrera, an alien, was found by agents in the United States of America without proper immigration documents. Furthermore, Gilberto Abdel LLANES-Cabrera admitted to entering the United States of America from the United States of Mexico illegally, without then being inspected by immigration officers, on March 6, 2016, at or near Naco, Arizona.

File Date: 03/10/2016

at Tucson, Arizona

*Wendy Cordova* (signature)

Wendy Cordova, Border Patrol Agent

Sworn to before me and subscribed in my presence,

Date signed: 03/10/2016

*Jacqueline M. Rateau* (signature)

**Jacqueline M. Rateau**
**United States Magistrate Judge**

FBI Number: 581126AH5

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA, TUCSON DIVISION

United States of America                                          CASE: 16-22174M

vs.

Gilberto Abdel Llanes-Cabrera

### JUDGMENT IN A CRIMINAL CASE (For A Petty Offense)

The Defendant, Gilberto Abdel Llanes-Cabrera, was represented by counsel, Enrique Gonzales (CJA).

The defendant pled guilty to Ct(s) 2 of the Complaint on 03/10/2016. Accordingly, Ct(s) 1 of the Complaint is dismissed and the defendant is adjudged guilty of the following offense(s):

| **Title & Section** | **Nature of Offense** | **Date of Offense** |
| --- | --- | --- |
| 8 U.S.C. 1325(a)(1) | Illegal Entry | 03/06/2016 |

As pronounced on 03/10/2016, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of SIXTY (60) DAYS WITH CREDIT FOR TIME SERVED. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because reasonable efforts to collect this assessment are not likely to be effective.

The fine is waived because of the defendant's inability to pay.

Signed on Thursday, March 10, 2016.

Jacqueline M. Rateau
United States Magistrate Judge

Arresting Agency: TCA
FBI Number: 581126AH5

| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**DISTRICT OF ARIZONA - TUCSON** | **MAGISTRATE JUDGE'S MINUTES** |

Date: 03/10/2016          Case Number: 16-22174M

USA vs. **Gilberto Abdel Llanes-Cabrera**

U.S. MAGISTRATE JUDGE: JACQUELINE M. RATEAU     Judge AO Code: 70BN
ASSIGNED U.S. Attorney: Christopher Lewis
INTERPRETER REQ'D: Clark Feaster, Spanish
Attorney for Defendant: Enrique Gonzales (CJA)

PROCEEDINGS: [X] INITIAL APPEARANCE/CHANGE OF PLEA/SENTENCE
DEFENDANT: [X] PRESENT [X] CUSTODY

[X] Defendant states true name to be **Same**
[X] Petty Offense     [X] Date of Arrest: **03/09/2016**
[X] Arr/Plea of Guilty entered as to Ct(s) 2 OF THE COMPLAINT [X] Ct(s) 1 OF THE COMPLAINT to be dismissed upon entry of judgment.
[X] Court accepts defendant's plea and finds plea to be freely and voluntarily given.
[X] Defendant waives preparation of the presentence report.

SENTENCING: Defendant committed to [X] Bureau of Prisons for a period of **SIXTY (60) DAYS WITH CREDIT FOR TIME SERVED**

[X] Imposition of Special Assessment is waived by the USA.
[X] Pursuant to the plea agreement, there being no objection by the deft/atty for the defendant IT IS ORDERED that the Complaint/Ct(s) 1 be dismissed.
[X] Defendant advised of appeal rights.
[X] Waiver of right to appeal explained.

OTHER:     Enrique Gonzales (CJA) is appointed as attorney of record for defendant.

Recorded by Courtsmart     COP: 1
BY: Peggie Robb            Sent: 0
    Deputy Clerk           IA: 0
        Start: 1:35 Stop: 2:45